# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BOWEN, DUDLEY H | SOUTHERN DISTRICT OF GEORGIA | 08/13/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US DISTRICT COURT JUDGE | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final | 01/01/2006 to 12/31/2006 |
|  | 5b. ☐ Amended Report |  |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| UNITED STATES COURTHOUSE<br>P O BOX 2106<br>AUGUSTA, GEORGIA 30903 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE 2007 SEP -1 A 10: 4 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H | 08/13/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]    NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H | 08/13/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CHARLES SCHWAB IRA #1 | | | | | | | | | |
| 2. LUCENT TECHNOLOGY | A | Dividend | J | T | | | | | |
| 3. LUCENT TECHNOLOGY | D | Dividend | | | BUY | 01/10 | J | | |
| 4. LUCENT TECHNOLOGY | D | Dividend | | | SELL | 01/10 | J | A | |
| 5. NORTEL NETWORK | D | Dividend | | | BUY | 01/10 | J | | |
| 6. NORTEL NETWORK | D | Dividend | | | SELL | 01/10 | J | A | |
| 7. GENERAL ELEC COM STK | A | Dividend | L | T | | | | | |
| 8. GENERAL ELEC COM STK | F | Dividend | L | T | BUY | 6/24 | L | | |
| 9. GENERAL ELEC COM STK | A | Dividend | | | SELL | 3/21 | L | C | |
| 10. GENERAL ELEC COM STK | A | Dividend | | | SELL | 12/28 | K | B | |
| 11. 3 COM CORP COM STK | A | Dividend | | | | | | | |
| 12. 3 COM CORP COM STK | A | Dividend | | | SELL | 02/06 | J | A | |
| 13. CISCO SYSTEMS COM STK | G | Dividend | | | | | | | |
| 14. CISCO SYSTEMS COM | A | Dividend | | | SELL | 02/07 | M | C | |
| 15. AMERITRADE ACCOUNT | | | | | | | | | |
| 16. WAHLCO ENVIRO SYSTEMS COM STK | A | Dividend | J | T | | | | | |
| 17. AMERITRADE CASH ACCOUNT | E | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  CISCO SYSTEMS, INC. COM STK | A | Dividend | J | T | | | | | |
| 19.  MICROSOFT | A | Dividend | | | | | | | |
| 20.  MICROSOFT | A | Dividend | | | SELL | 03/15 | K | A | |
| 21.  MICROSOFT | A | Dividend | | | BUY | 03/15 | L | | |
| 22.  MICROSOFT | A | Dividend | | | SELL | 03/15 | L | C | |
| 23.  MICROSOFT | A | Dividend | | | BUY | 04/28 | L | | |
| 24.  MICROSOFT | A | Dividend | | | BUY | 05/03 | M | | |
| 25.  MICROSOFT | A | Dividend | | | SELL | 07/21 | M | C | |
| 26.  LUCENT TECHNOLOGY | A | Dividend | | | | | | | |
| 27.  LUCENT TECHNOLOGY | A | Dividend | | | SELL | 03/24 | K | A | |
| 28.  CISCO WARRANTS | | None | | | EXPIRED | 01/23 | J | A | |
| 29.  EXXON MOBIL | A | Dividend | | | BUY | 01/01 | K | | |
| 30.  EXXON MOBIL | A | Dividend | | | SELL | 03/14 | K | A | |
| 31.  EXXON MOBIL | A | Dividend | | | BUY | 03/08 | J | | |
| 32.  EXXON MOBIL | A | Dividend | | | SELL | 03/15 | J | A | |
| 33.  NORTEL NETWORKS | A | Dividend | | | BUY | 01/01 | K | | |
| 34.  NORTEL NETWORKS | A | Dividend | | | SELL | 03/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. GENERAL ELECTRIC | A | Dividend | | | BUY | 06/30 | J | | |
| 36. GENERAL ELECTRIC | A | Dividend | | | SELL | 08/22 | J | A | |
| 37. GENERAL ELECTRIC | A | Dividend | | | BUY | 01/23 | K | | |
| 38. GENERAL ELECTRIC | A | Dividend | | | BUY | 02/07 | J | | |
| 39. GENERAL ELECTRIC | A | Dividend | | | SELL | 03/15 | K | B | |
| 40. GENERAL ELECTRIC | A | Dividend | | | BUY | 06/30 | J | | |
| 41. GENERAL ELECTRIC | A | Dividend | | | SELL | 08/22 | J | A | |
| 42. CHARLES SCHWAB ACCOUNT | | | | | | | | | |
| 43. BUILDERS DESIGNS INC COM STK | A | Dividend | J | T | | | | | |
| 44. AMER ON LINE COM STK | A | Dividend | J | T | | | | | |
| 45. CIT GROUP COM STK | A | Dividend | J | T | | | | | |
| 46. INTEL COM STK | A | Dividend | K | T | | | | | |
| 47. ABN AMRO/VERDUS AGG GWTH FUND | A | Dividend | L | T | | | | | |
| 48. EXXON MOBIL COM STK | A | Dividend | K | T | | | | | |
| 49. DUPONT E I DE NEMOUR & CO COM STK | A | Dividend | J | T | | | | | |
| 50. GENERAL ELECTRIC COM STK | A | Dividend | J | T | | | | | |
| 51. WACHOVIA CORP NEW COM STK | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CISCO SYSTEMS | A | Dividend | | | | | | | |
| 53. CISCO SYSTEMS | A | Dividend | | | SELL | 01/12 | K | B | |
| 54. RMK ADV INC FUND | A | Dividend | | | BUY | 01/17 | J | | |
| 55. RMK ADV INC FUND | A | Dividend | | | BUY | 01/17 | K | | |
| 56. RMK ADV INC FUND | A | Dividend | | | BUY | 01/17 | J | | |
| 57. RMK ADV INC FUND | A | Dividend | | | SELL | 01/20 | J | A | |
| 58. RMK ADV INC FUND | A | Dividend | | | SELL | 01/24 | K | A | |
| 59. RMK ADV INC FUND | A | Dividend | | | SELL | 01/24 | J | A | |
| 60. GENERAL ELECTRIC | A | Dividend | | | BUY | 01/25 | K | A | |
| 61. GENERAL ELECTRIC | A | Dividend | | | SELL | 02/15 | K | | |
| 62. EXXON MOBIL | A | Dividend | | | BUY | 03/07 | K | | |
| 63. EXXON MOBIL | A | Dividend | | | SELL | 03/14 | K | A | |
| 64. GENERAL ELECTRIC | A | Dividend | | | BUY | 04/17 | K | | |
| 65. GENERAL ELECTRIC | A | Dividend | | | SELL | 04/19 | K | A | |
| 66. MICROSOFT | A | Dividend | | | BUY | 04/28 | K | | |
| 67. MICROSOFT | A | Dividend | | | SELL | 08/15 | K | A | |
| 68. OTHER INV/TRUSTS | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500.000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000.001 - $50.000.000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ABN AMRO VERDX MCGFX FUNDS (ALLEGHANY) | B | Dividend | M | T | | | | | |
| 70. E I DUPONT - DRIP | A | Dividend | J | T | | | | | |
| 71. GA BK & TR MONEY MKT ACCOUNT | B | Interest | K | T | | | | | |
| 72. GA BK & TR SVG ACCT. | A | Interest | J | T | | | | | |
| 73. TIAA-CREF MUTUAL FUND | A | Dividend | L | T | | | | | |
| 74. CSRA FED CR UNION | A | Interest | J | T | | | | | |
| 75. TRUST PROMISSORY NOTE | | None | K | T | | | | | |
| 76. REAL PROPERTY, MCCORMICK CNTY, SC | D | Distribution | J | W | | | | | |
| 77. REAL PROPERTY, MCDOWELL CNTY, NC | | None | L | W | | | | | |
| 78. ZUMBOWAU, INC. | A | None | M | T | | | | | |
| 79. BARCLAYS MONEY MKT ACCOUNT | B | Interest | J | T | | | | | |
| 80. ATLANTIC AMER COM STK | | None | J | T | | | | | |
| 81. REGIONS BANK SAVINGS ACCOUNT | A | Interest | J | T | | | | | |
| 82. IJL WACHOVIA IRA #2 | A | Dividend | J | T | | | | | |
| 83. SBN AMRO/VERDUS AGG GWTH FUND (ALLEGHANY) | | | | | | | | | |
| 84. IDII STOCK | | | | | | | | | |
| 85. JANUS ENTERP FUND | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. WACHOVIA CORP NEW FORMERLY FIRST UNION | | | | | | | | | |
| 87. SCHWAB 1000 FUND | | | | | | | | | |
| 88. CHARLES SCHWAB FOPRMERTLY T ROWE PRICE SCIENCE AND TECH | | | | | | | | | |
| 89. MOTOROLA | A | Dividend | J | T | | | | | |
| 90. LUCENT | A | Dividend | J | T | | | | | |
| 91. XEROX | A | Dividend | J | T | | | | | |
| 92. GENERAL MOTORS | A | Dividend | J | T | | | | | |
| 93. SCHWAB MONEY MKT ACCOUNT | A | Interest | J | T | | | | | |
| 94. NOVARE CAP MGT ACCOUNT | · | | | | | | | | |
| 95. KINDER MORGAN INC (KMI) | A | Distribution | K | T | | | | | |
| 96. KINDER MORGAN INC | A | Distribution | J | T | BUY | 03/10 | J | | |
| 97. PLAINS ALL AMER PIPELINE (PAA) | A | Distribution | K | T | | | | | |
| 98. TEPPCO PTNERS (TPP) | A | Distribution | K | T | | | | | |
| 99. SUNNOCO LOGISTICS (SXL) | A | Distribution | K | T | | | | | |
| 100. SUBURBAN PROPANE (SPH) | A | Distribution | K | T | | | | | |
| 101. MAGELLAN MIDSTREAM PTNERS | A | Distribution | K | T | | | | | |
| 102. MAGELLAN MIDSTREAM PTNERS | A | Distribution | J | T | BUY | 04/26 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. NORTHERN BORDERS PTNERS (NBP) | A | Distribution | K | T | | | | | |
| 104. NORTHERN BORDERS PTNERS (NBP) | A | Distribution | J | T | BUY | 03/10 | J | | |
| 105. FERRELL GAS PTNERS (FGP) | A | Distribution | K | T | | | | | |
| 106. KINDER MORGAN PARTNERS (KMP) | A | Distribution | K | T | | | | | |
| 107. ENBRIDGE ENERGY (EEP) | A | Distribution | K | T | | | | | |
| 108. ENBRIDGE ENERGY (EEP) | A | Distribution | J | T | BUY | 03/10 | J | | |
| 109. ENTERPRISE PROD PTNERS (EPD) | A | Distribution | K | T | | | | | |
| 110. ENTERPRISE PROC PTNERS (EPD) | A | Distribution | J | T | BUY | 04/26 | J | | |
| 111. ENERGY TRANSFER EQUITY (ETE) | A | Distribution | J | T | BUY | 08/27 | J | | |
| 112. LUCENT TECH | A | Dividend | | | BUY | 0101 | J | | |
| 113. LUCENT TECH | A | Dividend | | | SELL | 03/27 | J | A | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H | 08/13/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII. Investments and Trusts

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date__ *August 28, 2007*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544